UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>NEUTROGENA CORPORATION<br><br>Defendant. | Civil Action No. 09-cv-268<br><br><br><br><br><br>**ORDER TO SHOW CAUSE<br>AND FOR HEARING** |

Upon consideration of Plaintiff Schering-Plough HealthCare Products, Inc.'s ("**Schering-Plough**") complaint, motion for preliminary injunction, supporting declarations and memorandum of law, and other good cause being shown;

IT IS on this _____ day of _____, 2009, ORDERED that

1. Neutrogena Corporation ("**Neutrogena**") shall show cause before this Court on ____ day of _____, 2009, at _____ o'clock, in Courtroom _____ why Schering-Plough's request for issuance of a preliminary injunction should not be granted;

2. Copies of this Order to Show Cause, complaint and summons, motion for preliminary injunction, declarations in support of the motion, together with the memorandum of law, shall be served upon the Neutrogena or Neutrogena's counsel via email service, by the ____ day of _____, 2009;

3. Neutrogena shall file with this Court, with a copy served upon attorneys for Schering-Plough via email service, any response, declarations and

memorandum of law in opposition to Schering-Plough's motion for a preliminary injunction on or before the ____ day of _____, 2009;

    4.    Schering-Plough shall file reply papers, with a copy served upon Neutrogena or Neutrogena's counsel via email service by the _____ day of _____, 2009; and

    5.    Neutrogena must file with this Court and serve upon Schering-Plough's attorneys responses to the Complaint within 20 days after service of the complaint and summons upon Neutrogena, exclusive of the date of service.

**IT IS SO ORDERED:**

_____
, U.S.D.J.