## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 09-268-SLR |
| NEUTROGENA CORPORATION, | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 15th day of March 2010, consistent with the opinion issued this same date;

IT IS ORDERED that:

1. The Clerk of Court is directed to enter judgment in favor of plaintiff on its counts III and IV. (D.I. 1)

2. The Clerk of Court is directed to enter judgment in favor of defendant on its third and fourth counterclaims. (D.I. 34)

3. On or before **March 30, 2010**, the parties shall jointly file a stipulation and proposed order effectuating the appropriate scope of injunctive relief to be awarded in accordance with the court's opinion. If the parties are unable to come to agreement, the court will accept individual proposed orders on or before that date accompanied by a certification in accordance with LR 7.1.1.

United States District Judge