IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SCHERING-PLOUGH HEALTHCARE )
PRODUCTS, INC., )
           Plaintiff, )
)
v. ) Civ. No. 09-268-SLR
)
NEUTROGENA CORPORATION, )
           Defendant. )

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of March 15, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Schering-Plough Healthcare Products and against defendant Neutrogena Corporation on counts III and IV.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of defendant Neutrogena Corporation and against plaintiff Schering-Plough Healthcare Products on defendant's third and fourth counterclaims.

                                                  _____
                                                  United States District Judge

Dated: 3/18/2010

                                                  _____
                                                  (By) Deputy Clerk